WILLIAM C. MAKOWITZ v. STATE OF NEW JERSEY,
DEPARTMENT OF CIVIL SERVICE.

March 9, 1981.

Petition for certification denied.   (See 177 *N.J.Super.* 61)

STATE OF NEW JERSEY v. JENNARO SANTORIELLO.

March 9, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. JEROME AUSTELL.

March 9, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. JEROME AUSTELL.

March 9, 1981.

Cross-petition for certification denied.

STATE OF NEW JERSEY v. RONALD TEMPLE.

March 9, 1981.

Petition for certification denied.